980 F.2d 722
 Fant (Arnold Norman)
v.
U.S. Penitentiary, Inc., Keohane (P.W.), U.S. Penitentiary
at Lewisburg, Emory (D.), Sobleskie (W.E.), Captain (R.),
Aponte (N.), Noone (T.), Kranzel (S.), Segregation Property
Office, Whitecavage (A.), Hooper (T.L.), Bartlett (D.),
Noone (V.), Werderick (D.), Snyder (R.), Diehl (Steven A.)
 NO. 92-7248
 United States Court of Appeals,
Third Circuit.
 Oct 15, 1992
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 VACATED.